IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                             2:11-cr-171-3

Patrick G. Melford

ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 95) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 of the indictment (conspiracy to possess with the intent to distribute more than 100 kilograms of marijuana in violation of 21 U.S.C. §846), and he is hereby adjudged guilty on that offense. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: May 7, 2012                          s\James L. Graham
                                                 James L. Graham
                                                 United States District Judge